UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

07-23406 CIV-COOKE

MAGISTRATE JUDGE BROWN

**YAIMA EGUSQUIZA**

**Plaintiff,**

v.

**MRC RECEIVABLES CORP.**

**Defendant(s)**
_____/

Judge:

Case no:

## ORIGINAL COMPLAINT
### (& Jury Demand)

Comes now, the plaintiff, **Yaima Egusquiza,** (Hereinafter referred to as "**the Plaintiff**"), on behalf of herself and by and through undersigned counsel, who files this original complaint against the Defendant MRC Receivables Corp. (Hereinafter referred to as "**MRC**") and in support thereof would state the following:

### JURISDICTION AND VENUE

1. This is an action for damages brought by an individual consumer against the named defendant for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq., (hereinafter referred to as the "**FDCPA**").

2. Jurisdiction of this Court arises under 15 U.S.C. §1692k(d). Supplemental jurisdiction rests upon 28 U.S.C. §1367.

3. The Defendant is a business entity that regularly conducts business and collection activity in the State of Florida and, as such, is a citizen of the State of Florida. **MRC** is a "debt collector" as defined by the FDCPA and as it uses interstate commerce in a business for which the principal purpose is to collect debts.

## **VENUE**

4. The venue in the United States District Court for the Southern District of Florida is proper and based upon the following:

    a. The violations of the FDCPA alleged below occurred and/or were committed in **Miami-Dade County,** State of Florida within the Southern District of Florida;

    b. At all times material hereto, the Defendant, was and continues to be a corporation engaged in business activities in Miami-Dade County, Florida and as such is a citizen of the State of Florida.

5. The plaintiff, is an individual residing in Miami-Dade County, Florida and is a "consumer" as that term is defined by 15 U.S.C. §1692 et seq.

## **FACTS COMMON TO ALL COUNTS**

6. Plaintiff is an "individual consumer" as defined by the FDCPA and is alleged to have incurred a financial obligation for primarily personal, family or household purposes, or more specifically a debt with Providian. The Defendant, **MRC,** an alleged assignee of the Providian credit card account of the Plaintiff's, attempted to collect a debt in the amount of $1,109.14, plus interest, and further relief.

7. **MRC** filed a county court lawsuit in Miami-Dade County on July 16, 2007, Case No.:07-18754SP23-2 in an attempt to collect on the alleged debt by claiming a breach of open account and account stated.

8. This lawsuit was filed more than 3 years after the alleged default on this Providian credit card. As stated in the complaint filed by the **MRC**, the alleged last payment on the Providian account occurred on May 22, 2000.

9. Defendant has attempted to collect a debt not authorized by law (in violation of §1692f(1)) since there is a 3 year statute of limitations to sue on a debt based on an alleged breach of an open contract under New Hampshire law.

10. No card member agreement or contract was attached to the Miami-Dade County complaint but upon information and belief, Providian card member agreements contain a provision stating that the choice of law on the account would be governed by New Hampshire law.

11. Further, even under Florida law, a 4 year statute of limitations would apply since no written agreement signed by the Plaintiff has been

provided or produced by the Defendant, and it would therefore be necessary to prove the existence of the alleged contract through oral testimony which nullifies the Defendant's allegations that their lawsuit is based on a written contract. The lawsuit filed by the Defendant was done over 7 years after the alleged breach. Under no theory can this lawsuit survive a statute of limitations defense.

12. Therefore, the defendant has purposefully and willfully attempted to collect a debt in violation of §1692 et seq., which additionally amounts to harassment of the Plaintiff.

## COUNT ONE

## Violation of the FDCPA – 15 U.S.C. §1692 et seq.

## by Defendant MRC

13. Plaintiff re-alleges and incorporates paragraphs 1 through 12 above as if fully stated herein.

14. Upon information and belief as well as the County Court case complaint and attached documents, the foregoing acts and omissions of Defendant **MRC** as further described within this Complaint constitute violations of certain provisions of the FDCPA, and as such, each and every provision of 15 U.S.C. §1692 et seq., are at issue.

15. Upon information and belief, Defendant **MRC** has specifically violated 15 U.S.C. §1692e(2), (5), and f(1),

16. As a result of these various violations of the FDCPA by **MRC**, the Plaintiff has suffered out of pocket expenses as well as other actual damages and is therefore entitled to an award of damages pursuant to 15 U.S.C. §1692k(a)(1-3) from Defendant **MRC**.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays that a judgment be entered against Defendant **MRC** for an award of actual damages pursuant to 15 U.S.C. §1692k(a)(1); statutory damages pursuant to 15 U.S.C. §1692k(a)(2); the costs associated with litigation and reasonable attorney's fees pursuant to 15 U.S.C. §1692k(a)(3); and such other relief the Court deems just, equitable and proper.

## JURY TRIAL DEMAND

Plaintiff is entitled to and hereby demands a trial by jury as stated in the U.S. Constitution, Amendment 7 and F.R.C.P. 38.

Dated this 19 day of December, 2007.

Respectfully Submitted by,

**The Fair Credit Law Group, LLC**
**20423 State Road 7**
**Suite F6-477**
**Boca Raton, FL 33498**
**Tel: 954-334-7670**
**Fax: 954-334-7668**

*/s/ Paul A. Herman*

**Filed by: Paul A. Herman, Esq**
**FL Bar #405175**

**Attorneys for Plaintiff**

%JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS
EGUSQUIZA, YAIMA

### DEFENDANTS
MRC RECEIVABLES CORP.

**(b)** County of Residence of First Listed Plaintiff   MIAMI-DADE
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   MIAMI-DADE
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

07-23406 CIV - COOKE
MAGISTRATE JUDGE BROWN

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
FAIR CREDIT LAW GROUP, LLC, 20423 STATE ROAD 7, SUITE F6-477, BOCA RATON, FL 33498

Attorneys (If Known)

07cv23406-MGC/STB

**(d)** Check County Where Action Arose: ✓ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
✓ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | **PERSONAL INJURY** | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 362 Personal Injury - Med. Malpractice | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 365 Personal Injury - Product Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 320 Assault, Libel & Slander | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 660 Occupational Safety/Health | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 330 Federal Employers Liability | ☐ 690 Other | | ☐ 810 Selective Service |
| | ☐ 340 Marine | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | | ☐ 862 Black Lung (923) | |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)
✓ 1  Original Proceeding
☐ 2  Removed from State Court
☐ 3  Re-filed- (see VI below)
☐ 4  Reinstated or Reopened
☐ 5  Transferred from another district (specify)
☐ 6  Multidistrict Litigation
☐ 7  Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page)
a) Re-filed Case ☐ YES ✓ NO     b) Related Cases ☐ YES ✓ NO
JUDGE                                       DOCKET NUMBER

### VII. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause **(Do not cite jurisdictional statutes unless diversity)**

U.S.C. 1692 et seq. FAIR DEBT COLLECTION PRACTICES ACT

LENGTH OF TRIAL via 1-2  days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint
JURY DEMAND:  ✓ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE  12-19-07

FOR OFFICE USE ONLY
AMOUNT $350.00    RECEIPT # 541945    IFP